In the Matter of the Arbitration between KNICKERBOCKER TEXTILE CORPORATION and SHEILA-LYNN, INC. KNICKERBOCKER TEXTILE CORPORATION, Respondent; SHEILA-LYNN, INC., Appellant.— Order, so far as appealed from, unanimously modified by adding thereto a direction that Herman Chopak and Abraham Antman be examined before an official referee as to whether they were approached or influenced between the date of the unanimous oral determination, to wit, November 27, 1940, and the date of the final written award, to wit, December 9, 1940, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRIET GROSS, Appellant, v. PREMIER AMUSEMENTS CORPORATION and Others, Respondents.— Order denying plaintiff's motion for summary judgment against the defendants and granting the cross-motion of defendant Jacob H. Levine for summary judgment against the plaintiff unanimously affirmed, with twenty dollars costs and disbursements. In its opinion the court at Special Term erroneously stated that the complaint was dismissed as to all defendants. This was undoubtedly an inadvertence since only the defendant Jacob H. Levine had made a cross-motion for summary judgment dismissing the complaint. As to whether there is a cause of action stated in the complaint against the corporation we do not decide, as that question is not now before us. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Real Property Extending from Eastern Boulevard and Ferris Avenue to the Westerly Pier and Bulkhead Line of the Hutchinson River Near Allerton Avenue for the HUTCHINSON RIVER PARKWAY EXTENSION, and a Site Bounded by Edison Avenue, Waterbury Avenue, Bradford Avenue and LaSalle Avenue, as a Public Park, in the Borough of The Bronx, City of New York, etc. CURTISS-WRIGHT CORPORATION, Claimant, Appellant; THE CITY OF NEW YORK, Respondent.— Final decree unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon and Cohn, JJ.

IRENE GOWEN OSBORNE, Appellant, and WILLIAM NELSON, Plaintiff, v. LOUISE M. TAYLOR, Also Known as LOUISE M. TAYLOR NORTH, and GERALD NORTH, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

ADELE M. O'KEEFE, Respondent, v. THOMAS W. BRIGGS, Appellant.— Order granting plaintiff's motion to strike out answer and for summary judgment unanimously reversed, with ten dollars costs and disbursements, and the motion denied, on the ground that there are questions of fact for determination on a trial of all the issues. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.